# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO SOTO, an individual<br><br>Plaintiff,<br><br>v.<br><br>SEARS HOLDING CORPORATION, a Corporation doing business in California, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. EDCV12-172 JGB (SPx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice filed on March 6, 2014, the Court hereby orders that this action be, and hereby is, dismissed with prejudice.

Dated: March 12, 2014

_____
Honorable Jesus G. Bernal
United States District Judge